IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS J. MCINTIRE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-2048 EJM |
| | ) | |
| vs. | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| | ) | |
| Defendant. | | |

**DECISION BY COURT:** This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment in accordance with the attached.

Approved as to form:

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT

on this 17th day of April, 2008.

Dated: **April 17, 2008**

ROBERT L. PHELPS
Clerk

_____
(By) Clerk